| | |
|---|---|
| **Internal Revenue Service**<br>Appeals Office<br>600 17th Street<br>Suite 400S<br>Denver, CO  80202-5402 | **Department of the Treasury**<br><br>**Person to Contact:**<br>Jim Hockett<br>Employee ID Number: 000232751<br>Tel:  (720) 956-4483<br>Fax: (720) 956-4565 |
| Date:  DEC 12 2012 | **Refer Reply to:**<br>AP:FW:DEN:JWH<br>**In Re:**<br>Section 6707 |
| ROBERT A PFAFF<br>568 9TH ST S PMB 150<br>NAPLES FL  34102-6620 | **Claim Amount(s):**<br>$228,460.00<br><br>**Tax Period(s) Ended:**<br>12/1999 |

**CERTIFIED MAIL**      7012 1640 0001 4812 5613

Dear Mr. Pfaff:

We are sorry, but we cannot allow the above claim for an adjustment to your penalty, for the following reasons:

The Pre-AJCA IRC § 6707 penalty is not assessed on each individual transaction, but instead assessed based on the aggregate amount invested in the tax shelter, or the aggregate amount of fees paid to promoters of the tax shelter. Thus, pre-AJCA § 6707 penalties are non-divisible and must be paid in full before commencing a refund suit, see also Regulation § 301.6111-2T(e)(2)(i).

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,



Linda S Alden
Appeals Team Manager

cc: Kevin Planegger