# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02168 WYD-MJW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

_____

## UNOPPOSED MOTION TO STAY THE SCHEDULING/PLANNING CONFERENCE

The United States of America moves to stay the Scheduling/Planning Conference. Currently, the conference is scheduled for November 14, 2013. Counsel for the United States communicated with Kevin Planegger, counsel for Plaintiff Pfaff, and he does not oppose this motion.

The United States requests this relief for the following reasons:

1. The United States Attorney was served with the complaint in the above-captioned case on September 30, 2013. Thus, the government's response to the complaint is due on November 29, 2013, approximately two-weeks after the November 14 scheduling conference.

1

10619766.1

2. Due to the November 14 scheduling conference and in accordance with the Local Rules and Federal Rules of Civil Procedure, the parties need to hold a pre-scheduling conference by October 24, 2013 and, by November 7, 2013, exchange initial disclosures and file a proposed scheduling order.

3. To date, the undersigned has not received a defense letter or files from the IRS regarding the above-captioned case.

4. At the end of the day on September 30, 2013, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Internal Revenue Service. The Department does not know when funding will be restored.

5. Absent an appropriation, Department of Justice attorneys and employees, as well as employees of the federal agencies supporting us in this case, are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342, see also 31 U.S.C. § 1341.

6. Therefore, the Department of Justice requests a stay of the November 14, 2013 Scheduling and Planning Conference until Congress has restored

appropriations to the Department and until after the United States responds to the Complaint (currently scheduled for November 29, 2013).

7. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

Respectfully submitted,

Dated:  October 10, 2013                    KATHRYN KENEALLY
                                            Assistant Attorney General

                                            s/ Hilarie Snyder
                                            _____
                                            HILARIE SNYDER
                                            United States Department of Justice
                                            Tax Division
                                            P.O. Box 7238
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            202-307-2708
                                            hilarie.e.snyder@usdoj.gov
                                            Street:       555 Fourth Street, N.W.
                                                          Washington, DC 20001

3

4

## CERTIFICATE OF SERVICE

      I hereby certify on this 10th day of October, 2013, that I filed a copy of this Motion to Stay with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam and Kevin A. Planegger, counsel for Plaintiff, Robert A. Pfaff.

s/ Hilarie Snyder
_____
Hilarie Snyder

10619766.1