IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02168-WYD-MJW

ROBERT A. PFAFF,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant USA's Unopposed Motion to Stay the Scheduling/Planning Conference (docket no. 6) is GRANTED as follows. The Rule 16 Scheduling Conference set on November 14, 2013, at 9:00 a.m. is VACATED and RESET to December 17, 2013, at 9:00 a.m. The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

Date: October 21, 2013