**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02168 WYD-MJW

ROBERT A. PFAFF

     Plaintiff,

v.

UNITED STATES OF AMERICA

     Defendant.

_____

**STIPUTLATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

     The United States Attorney was served with the complaint in the above-captioned case on September 30, 2013.  Thus, the government's response to the complaint is due on November 29, 2013.

     Pursuant to D.C.Colo.L.CivR 6.1.A., the parties stipulate that the United States can have a 17-day extension, until <u>December 16, 2013</u>, to answer or otherwise respond to the Complaint.

10763712.1

Respectfully submitted,

Dated:  November 18, 2013

KATHRYN KENEALLY
Assistant Attorney General

s/ Hilarie Snyder                                          s/ Kevin Planegger
_____                      _____
HILARIE SNYDER                                     KEVIN PLANEGGER, # 29084
United States Department of Justice          Merriam Law Firm
Tax Division                                               1625 Broadway, Suite 770
P.O. Box 7238                                           Denver, CO  80202
Ben Franklin Station                                  303-592-5404 (Telephone)
Washington, DC 20044                             303-592-5439 (Fax)
202-307-2708 (Telephone)                       kevin@merriamlaw.com
202-514-6770 (Fax)
hilarie.e.snyder@usdoj.gov                       Attorneys for Plaintiff Pfaff

Attorneys for the Defendant USA

## CERTIFICATE OF SERVICE

I hereby certify on this 18th day of November, 2013, that I filed a copy of this Stipulation with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam and Kevin A. Planegger, counsel for Plaintiff, Robert A. Pfaff.

s/ Hilarie Snyder
_____
Hilarie Snyder