**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil No. 13-cv-02168-WYD-MJW

ROBERT A. PFAFF,

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendants.

---

**UNITED STATES' UNOPPOSED MOTION TO ATTEND STATUS
CONFERENCE BY TELEPHONE**

---

The United States of America ("United States"), by its undersigned counsel, moves the

Court for an Order allowing counsel for the United States to appear by telephone at the Status

Conference in this case set for December 17, 2013, at 9:00 a.m. for the following reasons:

1.      The United States Department of Justice, Tax Division, Washington, D.C., has

primary litigating responsibility in the above-captioned case.  Hilarie Snyder, a trial attorney in

that office, has been designated as counsel for the United States in this matter.

2.      The United States respectfully requests that its counsel, Hilarie Snyder, be

allowed to appear by telephone at the Status Conference set for December 17, 2013.  Ms.

Snyder's office is located in Washington, D.C., and she has no other personal appearances

scheduled in the Denver area during the week of the Scheduling Conference.

3.      Counsel for the United States has conferred with counsel for plaintiff, Kevin

Planegger.  Counsel for plaintiff has no objection to the requested relief.

WHEREFORE the United States respectfully requests that the Court grant the instant motion and allow Ms. Snyder to appear by telephone at the Status Conference set for December 17, 2013.  A proposed order to this effect is attached.

DATED this 2nd day of December, 2013.

KATHRYN KENEALLY
Assistant Attorney General

 /s/ Hilarie Snyder
HILARIE SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044
(202) 307-2708
*Attorneys for the United States*

JOHN F. WALSH
United States Attorney
*Of Counsel*

CERTIFICATE OF SERVICE

I hereby certify, on this 2nd day of December, 2013, that I filed a copy of this MOTION TO ATTEND STATUS CONFERENCE BY TELEPHONE with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Ted H. Merriam and Kevin A. Planegger, counsel for Plaintiff, Robert A. Pfaff.

 /s/ Hilarie Snyder
Hilarie Snyder