**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil No. 13-cv-02168-WYD-MJW

ROBERT A. PFAFF,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendants.

---

[Proposed ] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO ATTEND STATUS CONFERENCE BY TELEPHONE

---

Upon consideration of the United States' Unopposed Motion to Attend Status Conference by Telephone, and good cause having been shown, it is hereby ORDERED that said motion is GRANTED.

DATED this _____ day of December 2013.

                                                            _____
                                                            MICHAEL J. WATANABE
                                                            UNITED STATES MAGISTRATE JUDGE