IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02168-WYD-MJW

ROBERT A. PFAFF,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the United States' Unopposed Motion to Attend Status Conference by Telephone (Docket No. 10) is GRANTED.  Defense counsel may participate in the Scheduling Conference set on December 17, 2013, at 9:00 a.m. MOUNTAIN TIME by calling the court at (303) 844-2403.

Date: December 2, 2013