IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02168 WYD-MJW

ROBERT A. PFAFF

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert Pfaff and Defendant United States of America, by their undersigned attorneys, stipulate to dismiss the above-referenced case without prejudice. Each party agrees to bear their own costs and expenses, including any attorneys' fees.

1

10857766.1

Respectfully submitted,

Dated: December 9, 2013

KATHRYN KENEALLY
Assistant Attorney General

s/ Hilarie Snyder

HILARIE SNYDER
United States Department of Justice
Tax Division
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
202-307-2708 (Telephone)
202-514-6770 (Fax)
hilarie.e.snyder@usdoj.gov

Attorneys for the Defendant USA

s/ Kevin Planegger

KEVIN PLANEGGER, # 29084
Merriam Law Firm
1625 Broadway, Suite 770
Denver, CO 80202
303-592-5404 (Telephone)
303-592-5439 (Fax)
kevin@merriamlaw.com

Attorney for Plaintiff Pfaff

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of December, 2013, that I filed a copy of this Stipulation with the Court's Electronic Filing System, which sent a notice of electronic filing to all registered parties, including Hilarie Snyder, counsel for the United States.

s/ Kevin Planegger

_____

Kevin Planegger

10857766.1